UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HOLLIS BLOCKMAN, | CASE NO. 3:25-cv-05049-JNW |
| Plaintiff, | ORDER |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

This matter comes before the Court on Plaintiff Hollis Blockman's Application to Proceed in Forma Pauperis (IFP). Dkt. No. 4. The Court GRANTS Blockman's IFP application and ORDERS:

1. The Supplemental Social Security Rules of the Federal Rules of Civil Procedure provide that because Blockman has electronically filed a complaint seeking review under 42 U.S.C. § 405(g), see Dkt. No. 1-1, Blockman need not serve a summons and a complaint, or file notice of service. The Clerk shall notify Defendant that this action has commenced by transmitting a Notice of Electronic Filing to the Social Security

**ORDER** - 1

Administration's Office of General Counsel and to the United States Attorney of the Western District of Washington.

2. Defendant shall file a certified copy of the Administrative Record and any affirmative defenses within 60 days of the date of this order.

It is so ORDERED.

Dated this 11th day of March, 2025.

Jamal N. Whitehead
United States District Judge

ORDER - 2